### LEVIN v. GREENBERG et al.

(Supreme Court, Appellate Term, First Department. February 11, 1914.)

PLEADING (§ 85*)—HARMLESS ERROR.

> The fact that an ex parte order extending defendants' time to answer was technically incorrect was immaterial, where the answer was served within the time which should have been provided in the order.

> [Ed. Note.—For other cases, see Pleading, Cent. Dig. §§ 172–178; Dec. Dig. § 85.*]

Appeal from City Court of New York, Special Term.

Action by Hyman Levin against Edward L. Greenberg and another, composing the firm of Greenberg Bros. From an order denying a motion to vacate an order extending defendants' time to serve their answer, plaintiff appeals. Appeal dismissed.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Argued February term, 1914, before SEABURY, GUY, and DE-LANY, JJ.

Samuel Dickstein, of New York City, for appellant.

David Bernstein, of New York City, for respondents.

PER CURIAM.  While the ex parte order extending defendants' time to answer was technically incorrect, the answer was served within the time which should have been provided in said order, and it is apparent that this appeal was entirely unnecessary.

The appeal is dismissed, without costs to either party, but with disbursements to appellant.